Dismissed and Memorandum Opinion filed July 10, 2003









Dismissed and Memorandum Opinion filed July 10, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00323-CV

____________

 

CEREFINO V.
GARCIA, VELIA S. GARCIA, CALVIN HARRIS,

VIVIAN L. HARRIS,
EUGENE HINES, and GENEVIEVE HINES, Appellants

 

V.

 

WAYNE N. MYERS and
PATRICIA MYERS, Appellees

 



 

On
Appeal from the 55th District Court

Harris County,
Texas

Trial
Court Cause No.  02-20497

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 11, 2003.

On July 1, 2003, the parties filed a joint motion to dismiss
the appeal because the parties have agreed to resolve this case by a nonsuit of
all causes of action and counterclaims in the trial court.  See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed July 10, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.